UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MICHAEL WILLIAMS,

    Defendant.

Case: 1:23-cr-20248
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-26-2023 At 02:27 PM
INDI USA v. John Michael Williams (krc)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### (18 U.S.C. §§ 113(a)(8), 1151 and 1153)
### (Assault of a Spouse or Intimate Partner by Strangulation or Attempted Strangulation)

On or about April 13, 2023, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, John Michael Williams, an Indian, assaulted A.S., his intimate partner, by attempting to strangle and by strangling her, in violation of 18 U.S.C. §§ 113(a)(8), 1151 and 1153.

Dated: April 26, 2023         THIS IS A TRUE BILL

                                                      s/Grand Jury Foreperson
                                                     GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Roy R. Kranz                            s/Anthony P. Vance
ROY R. KRANZ (P56903)            ANTHONY P. VANCE
Assistant U.S. Attorney               Assistant U.S. Attorney
101 First Street, Suite 200           Chief, Branch Offices
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     x No

Case: 1:23-cr-20248
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-26-2023 At 02:27 PM
INDI USA v. John Michael Williams (krc)

**Case Title:** USA v. John Michael Williams

**County where offense occurred:** Isabella

**Check One:**   X Felony    __ Misdemeanor    Petty

    X  Indictment/___Information --- **no** prior complaint.
    ___Indictment/___Information --- based upon prior complaint []
    ___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: April 26, 2023

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.